**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV10-0740 PHX DGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Fish Creek Holdings, LLC, et al., | ) | |
| Defendant. | ) | |

On April 2, 2010, Plaintiff Best Western International, Inc. filed a complaint against Defendants Fish Creek Holdings, LLC and Sue Martinsen. Dkt. #1. On June 3, 2010, Sue Martinsen and non-party Henry C. Martinsen filed a *pro se* answer on behalf of Sue Martinsen and Fish Creek Holdings. Dkt. #12. On June 4, 2010, Best Western filed a motion requesting the Court to strike the answer to the extent it was filed on behalf of Fish Creek Holdings, on the ground that a corporation may appear in federal court only through licensed counsel. Dkt. #13. Defendants have failed to respond to the motion.

Best Western is correct that only licensed attorneys may represent a corporation or other entity in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel.") (citing *Osborn v. President of Bank of U.S.*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824)); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that 'corporations and other unincorporated associations must appear in

court through an attorney.'") (alteration and citation omitted); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney."); *U.S. v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (holding that a corporation's president and sole shareholder could not make an "end run around" the counsel requirement by intervening pro se rather than retaining counsel to represent the corporation) (citing 28 U.S.C. 1654). Based on the affidavit of Michelle Swan, it appears that neither Sue Martinsen nor Henry C. Martinsen is an attorney. Dkt. #13-1 at 3-4. As a result, the Court will grant Best Western's motion to strike the answer to the extent it was made on behalf of Fish Creek Holdings.

**IT IS ORDERED** that Best Western's motion to strike (Dkt. #13) is **granted**.

DATED this 14th day of July, 2010.

_____
David G. Campbell
United States District Judge